COMMONWEALTH of Pennsylvania, Respondent

v.

Michael BLACK, Petitioner

No. 204 EAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

**AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.